AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT



for the

Eastern District of California

DEC 02 2021

| | | |
|---|---|---|
| United States of America | ) | CLERK U.S. DISTRICT COURT |
| v. | ) | EASTERN DISTRICT OF CALIFORNIA |
| PAUL JOSEPH ESPINOSA | ) | Case No.   1:21-mj-00128  BAM |
| | ) | DEPUTY CLERK |
| | ) | |
| | ) | USMS FRESNO RCVD |
| | ) | |

Defendant

## ARREST WARRANT

DEC 2 2021 AM8:43

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    PAUL JOSEPH ESPINOSA                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 2422(b) - Attempted Coercion and Enticement of a Minor to Engage in Illegal Sexual Activity
Title 18, United States Code, Section 1470 - Attempted Transfer of Obscene Material to Minor

Date:     12/01/2021

*B. McAuliffe*
*Issuing officer's signature*

City and state:     Fresno, California

Hon. Barbara A. McAuliffe - U.S. Magistrate
*Printed name and title*

---

### Return

This warrant was received on *(date)* 12/1/21 , and the person was arrested on *(date)* 12/2/21
at *(city and state)* Fresno, CA.

Date:   12/2/21

*for HSI*
*Arresting officer's signature*

F. Aguirre, IA
*Printed name and title*